UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        Case No: 176-ORL-28-GJK

FRANK L. AMODEO
_____/

UNOPPOSED MOTION FOR CONTINUANCE OF
PLEA AND COMPETENCY HEARING

COMES NOW, the defendant, Frank L. Amodeo, Harrison T. Slaughter, Jr. (appearing on a limited basis), Randall Gold, Assistant United States Attorney hereby request this honorable Court to continue the arraignment of the Defendant, Frank Amodeo. As grounds, the Defendant states:

1.  The Defendant is currently scheduled for a plea and competency hearing on Thursday, September 18, 2008 before this Honorable Court.

2.  The Defendant, Frank Amodeo, Harrison T. Slaughter, Jr. (appearing on a limited basis) and Assistant United States Attorney Randall Gold are diligently working together to bring this matter to a final disposition and believe additional time will allow the parties to best bring this matter to a conclusion.

3.  Additionally, a key witness Jeffrey Danziger, M.D the forensic psychiatrist who is prepared to give the court live testimony that the defendant is competent to stand trial, has a preexisting scheduling conflict in that he is currently on standby regarding two cases, State of Florida v. Kelly Lumadue a homicide case before

Judge Debra Nelson in Seminole County, Florida and <u>State of Florida v. Nicholas Ankudazicius</u> before Judge Robert Wattles in Orange County, Florida on September 18, 2008.

4. Currently, Assistant United States Attorney Randall I. Gold is in New Hampshire where he is conducting an audit of the US Attorney's office for The District of New Hampshire. AUSA Gold is working with a team of the experienced AUSA's and will not be finished until after the 18th.

5. AUSA Randall Gold has been working the above captioned case since November 2006 and is the only AUSA familiar with all of the facts of the case, but unfortunately will not return to the Middle District of Florida until after September 18, 2008.

6. This matter involves over a half a million documents and is a very complex case.

7. It is the belief of the parties that the continuance of the sentencing and competency hearing until Monday, September 22, 2008 would be beneficial to the resolution of the matter as well as providing the live testimony of the Defendants key forensic psychiatrist for the competency portion of the hearing.

8. Currently, the Defendant, Frank Amodeo is wearing a GPS monitoring device provided by the United States Pre-Trial Services.

9. The Defendant has filed with the Orange County Comptroller and a copy delivered to the United States District Clerk of the Court, of the Middle District of Florida a Mortgage and Security Agreement in the amount $500,000.00.

10. The Defendant has been working diligently with undersigned counsel, in crafting the factual basis for the plea.. In addition, undersigned counsel has observed that it appears that the Defendant has been taking his medications in the amounts and times as prescribed by his psychiatrist.

11. Undersigned counsel today has been in direct contact with AUSA Randall I Gold who indicated that he had no objection to the Plea and Competency hearing being rescheduled for September 22, 2008.

12. It is respectfully submitted that this Motion to Continue is not made for the purpose of delay but is made to allow both the United States and the Defendant to make the best factual presentation for the competency hearing, and the actual change of plea by the defendant. .

**WHEREFORE**, the parties respectfully requests that this Honorable Court to continue the arraignment in this matter to September 22, 2008.

FRANK AMODEO

//s/Harrison T. Slaughter, Jr
**HARRISON T. SLAUGHTER, JR**
**(Appeariang on a limited basis)**
Florida Bar No. 194822
**LEVENTHAL & SLAUGHTER, P.A.**
111 N. Orange Avenue, Suite 700
Orlando, Florida  32801
407/849-6161
Counsel for the Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Randall I. Gold
**Assistant United States Attorney**

//s/Harrison T. Slaughter, Jr
**HARRISON T. SLAUGHTER, JR.**
**(Appearing on a Limited Basis)**
Florida Bar No. 194822
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
