UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:08-cr-176-Orl-28GJK

AEM, INC., d/b/a MIRABILIS HR,
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC.,
PROFESSIONAL BENEFIT SOLUTIONS,
 d/b/a PRESIDION SOLUTIONS VII, INC.

**GOVERNMENT'S MOTION TO CORRECT SCRIVENER'S ERROR**[1]

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby respectfully files its motion to correct a scrivener's error which resulted in the Superseding Indictment of United States v. AEM, INC., d/b/a MIRABILIS HR, et al., being filed and docketed in the above-captioned case. The requested correction in the instant case is as follows:

The court case number on the first page of the Superseding Indictment was inadvertently listed as "6:08-cr-176-Orl-28GJK," which is the case number for the instant case, United States v. Frank L. Amodeo. The correct court case number for United States v. AEM, INC., d/b/a MIRABILIS HR, et al., is "6:08-cr-231-Orl-28KRS." The United States respectfully requests that all docket entries in the instant case relating to United States v. AEM, Inc., d/b/a MIRABILIS HR, et al., be removed or deleted from the instant docket.

---

[1] A similar motion was filed in United States v. AEM, INC., d/b/a MIRABILIS HR, et al., Case No. 6:08-cr-231-Orl-28KRS.

**Memorandum of Law**

Case law permits the correction of obvious clerical errors.  See, e.g., United States v. Field, 875 F.2d 130, 133-4 (7th Cir. 1989).  "[T]he settled rule in federal courts . . . permits changes in indictments that are merely 'a matter of form' or which correct insignificant clerical errors. . . .  An amendment of form and not of substance occurs when the defendant is not misled in any sense, is not subjected to any added burden, and is not otherwise prejudiced." United States v. Kegler, 724 F.2d 190, 195 (D.C. Cir. 1983); United States v. Oliyinka Sobamowo, 892 F.2d 90, 97 (D.C. Cir.), cert. denied, 498 U.S. 825 (1990).  An indictment ordinarily may be amended provided that any evidence defendant had before the amendment would be equally available to him after the amendment.  Accordingly, amendments that are merely a matter of form are freely permitted.  Russell v. United States, 369 U.S. 749, 770 (1962), United States v. Johnson, 741 F.2d 1338, 1340-41 (11th Cir. 1985).

WHEREFORE, the United States requests that this Honorable Court enter an order to remove or delete from the instant docket all docket entries in the instant case

relating to <u>United States v. AEM, Inc.</u>, <u>d/b/a MIRABILIS HR, et al.</u>, Case No. 6:08-cr-231-Orl-28KRS.

                                                   Respectfully submitted,

                                                   A. BRIAN ALBRITTON
                                                   United States Attorney

By:   *s/ I. Randall Gold*
       Assistant United States Attorney
       Deputy Chief, Orlando Division
       Florida Bar Number 0268062
       501 West Church Street, Suite 300
       Orlando, Florida  32805
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:      randy.gold@usdoj.gov

**U.S. v. AEM, INC., d/b/a MIRABILIS HR, et al.**     Case No. 6:08-cr-231-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>AEM, INC.
>   d/b/a MIRABILIS HR
>MIRABILIS VENTURES, INC.
>HOTH HOLDINGS, LLC
>c/o Richard Lee Barrett, Esquire
>Barrett, Chapman, & Ruta
>18 Wall Street
>Orlando, FL   32801

I hereby certify that on January 23, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

>PRESIDION SOLUTIONS, INC.
>AQMI STRATEGY CORPORATION
>PROFESSIONAL BENEFIT SOLUTIONS,
>   d/b/a PRESIDION SOLUTIONS VII, INC.
>c/o Frank L. Amodeo
>1159 Delaney Avenue, Unit 5
>Orlando, FL   32806

>*s/ I. Randall Gold*
>Assistant United States Attorney
>Deputy Chief, Orlando Division
>Florida Bar Number 0268062
>501 West Church Street, Suite 300
>Orlando, Florida  32805
>Telephone:   (407) 648-7500
>Facsimile:   (407) 648-7643
>E-mail:      randy.gold@usdoj.gov