**FILED**

2009 MAR 20   PM 12: 24

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORII
ORLANDO. FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **CASE NO 6:08-cr-176-Orl-28GJK** |
| v. | ) | **(Forfeiture)** |
| | ) | |
| FRANK L. AMODEO | ) | |

### VERIFIED CLAIM OF RICHARD P. JAHN, JR., TRUSTEE, RELATED TO PROCEEDS OF THE SALE OF 509 RIVERFRONT PARKWAY

Richard P. Jahn, Jr., hereby declares under penalty of perjury, as provided by 28 U.S.C. §1746, as follows:

1.     I am Trustee in bankruptcy in the chapter 7 case of Winpar Hospitality Chattanooga, LLC, BK 07-11908 (Winpar). This case continues to be administered in the Bankruptcy Court for the Eastern District of Tennessee at Chattanooga.

2.     The property at 509 Riverfront Parkway, Chattanooga, TN was owned by Winpar when it filed its Chapter 7 petition on May 18, 2007. As its Trustee in bankruptcy, I am a bona fide purchaser of this real property pursuant to 11 U.S.C. §544(a)(3).

3.     On the date of bankruptcy, 509 Riverfront Parkway became property of Winpar's bankruptcy estate, pursuant to 11 U.S.C. §541. The land was sold through orders of the bankruptcy court in April, 2008.

4.     If the United States through this Court is entitled to the funds in my possession, then I may make claim for administrative costs related to the bankruptcy administration. Also, liens were attached to the proceeds of sale by court order.

1

5.    I presently hold the sale proceeds of 509 Riverfront Parkway adversely to the government. I believe the Bankruptcy Court for the Eastern District of Tennessee has exclusive jurisdiction over these funds pursuant to 28 U.S.C. §1334(e).

6.    I have not been served with process in this action, and the proceeds from the sale of 509 Riverfront Parkway are presently in my custody and control.

Respectfully submitted:

By: _____

Richard P. Jahn, Jr., BPR 01435 (Tenn.)
1200 Mountain Creek Road
Suite 160
Chattanooga, TN 37405
(423) 870-2125 *phone* / (423) 870-2129 *fax*

*Trustee for Winpar Hospitality Chattanooga, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the _19_ day of March, 2009, a true copy of the foregoing pleading was mailed, First-Class postage pre-paid, to AUSA Anita Cream at 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

Richard P. Jahn, Jr.

2