UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                            Case. No.  6:08-cr-176-Orl-28GJK

FRANK L. AMODEO
_____/

## DEFENDANT AMODEO'S RESPONSE AND
## CONSENT TO ENTRY OF ORDER OF FORFEITURE

**COMES NOW**, Defendant FRANK AMODEO, by and through undersigned counsel, and hereby notifies the Court that he consents to the entry of a Preliminary Order of Forfeiture with regard to the 2006 Mercedes Benz CLS 55AMG, VIN. WDDDJ76X66A055945, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), as requested by the United States in its motion dated March 31, 2009, Doc. 70.  In so consenting, the defendant does not admit the veracity of the allegations raised by the United States.

Respectfully submitted this 23rd day of April, 2009.


**s/Kenton V. Sands**_____
Co-Counsel for Defendant
Fla. Bar # 0788708
SANDS WHITE & SANDS, P.A.
760 White Street
Daytona Beach, Florida 32114
Phone: (386) 258-1622
Fax:    (386) 238-3703
E-mail: kent@sandswhitesands.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2009, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the

following: I. Randall Gold, Assistant U.S. Attorney, Suite 300, 501 W. Church Street, Orlando,

Florida, 32805.

s/**Kenton V. Sands**
Co-Counsel for Defendant
Fla. Bar # 0788708
SANDS WHITE & SANDS, P.A.
760 White Street
Daytona Beach, Florida 32114
Phone: (386) 258-1622
Fax:    (386) 238-3703
E-mail: kent@sandswhitesands.com