UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2009 MAY -6 PM 3: 12

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.  Case. No. 6:08-cr-176-Orl-28GJK

FRANK L. AMODEO

_____/

## DEFENDANT'S NOTICE OF FILING HARD COPY OF SENTENCING MEMORANDUM PURSUANT TO ORDER OF COURT (Doc. No. 97)

**COMES NOW**, Defendant FRANK AMODEO, by and through undersigned counsel, and pursuant to the Order of the Court (Doc. No. 97) files the enclosed hard copy of the Sentencing Memorandum previously submitted to the Court in electronic format. The only change from the document already on file with the Court (an attachment to Doc. No. 94) is that counsel for Defendant has provided a manual signature on the enclosed hard copy.

Respectfully submitted this 5th day of May, 2009.

_____
Co-Counsel for Defendant
Fla. Bar # 0788708
SANDS WHITE & SANDS, P.A.
760 White Street
Daytona Beach, Florida 32114
Phone: (386) 258-1622
Fax:   (386) 238-3703
E-mail: kent@sandswhitesands.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2009, I mailed the foregoing to the Clerk of the Court via Federal Express, Next Day Delivery, and sent a copy by the same means to I. Randall Gold, Assistant U.S. Attorney, Suite 300, 501 W. Church Street, Orlando, Florida, 32805.

Co-Counsel for Defendant
Fla. Bar # 0788708
SANDS WHITE & SANDS, P.A.
760 White Street
Daytona Beach, Florida 32114
Phone: (386) 258-1622
Fax:    (386) 238-3703
E-mail: kent@sandswhitesands.com