UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

FILED IN OPEN COURT
MAY 19 2009
CLERK
U. S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.  Case No. 6:08-CR-176-Orl-28GJK

FRANK L. AMODEO

# EXHIBIT LIST

__X__ Government  ____ Plaintiff  ____ Defendant  ____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | Richard Smith | E-mail chain starting with December 14, 2004 e-mail from Craig Vanderburg to Shane (2 pages) |
| 2 | MAY 13 2009 | MAY 13 2009 | Richard Smith | Deposit Confirmation dated February 11, 2005 |
| 3 | | | Richard Smith | E-mail chain starting with March 17, 2005 from Tessa Ivey (on behalf of Frank Amodeo) to Jim Baiers, Craig Vanderburg, and Chris O'Connor (2 pages) |
| 4 | | | Richard Smith | E-mail chain starting with March 24, 2005 e-mail from Chris O'Connor to Dan Meyers |
| 5 | MAY 13 2009 | MAY 13 2009 | | Supreme Court of Georgia Opinion In the Matter of Frank Louis Amodeo No. S95Y0066 S.D.B. No. 2627 Nov. 14, 1994 |
| 6 | MAY 13 2009 | MAY 13 2009 | | Letter from Frank Amodeo to Michael Hirsch dated May 18, 2005 |
| 7 | MAY 13 2009 | MAY 13 2009 | | Personal Financial Statement of Frank L. Amodeo on August 26, 2005 |
| 8 | MAY 13 2009 | MAY 13 2009 | | Minutes of Mirabilis Ventures, Inc. February 15, 2005 |

| 9 | MAY 1 3 2009 | MAY 1 3 2009 | | Memorandum from Matt Porter Subject: Revised Tax memo/facts adjustment |
| --- | --- | --- | --- | --- |
| 10 | MAY 1 9 2009 | MAY 1 9 2009 | | E-mail from Claire Holland to Edie Curry dated June 28, 2006 |