UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
IN OPEN COURT

MAY 1 9 2009
_____19____
CLERK
U. S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,        ___
Government     ___

v.                              CASE NO. 6:08-cr-176-Orl-28KRS

Frank AMODEO

___   Evidentiary
___   Trial
Defendant    X        _x_   Sentencing

## DEFENDANT'S SENTENCING EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | MAY 1 3 2009 | MAY 1 3 2009 | | 9/7/04  Trafalfgar  Commitment Letter |
| 2 | MAY 1 3 2009 | MAY 1 3 2009 | | 10/18/04  Consultant  Agreement between PSI and AQMI |
| 3 | | | | 11/26/04 Baiers email |
| 4 | | | | 12/8/04  Securities  Purchase Agreement |
| 5 | MAY 1 3 2009 | MAY 1 3 2009 | | 12/8/04 Unsigned Instructions and to Limited Power of Attorney |
| 6 | MAY 1 3 2009 | MAY 1 3 2009 | | 12/10/04 e-mails between Amodeo and  Presidion  Corporation personnel |

Case Number:        6:08-cr-176-Orl-28KRS

Page 2

# EXHIBIT LIST -- Continuation Sheet

| | DEFENDANT'S TRIAL EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 7 | MAY 1 3 2009 | MAY 1 3 2009 | | 12/21/04 meeting notes |
| 8 | MAY 1 3 2009 | MAY 1 3 2009 | | 12/21/04 Meeting Agenda |
| 9 | | | | 12/30/04 Assignment and Assumption Agreement |
| 10 | | | | 12/31/04 $12.2 million promissory note |
| 11 | | | | 1/4/05 Memo from Amodeo to Berman |
| 12 | | | | 1/10/05 e-mail from Baiers to Pollack |
| 13 | MAY 1 3 2009 | MAY 1 3 2009 | | 2/4/05 letter from IRS Special Agent Patterson |
| 14 | | | | 2/25/05 Marrero letter to IRS |

Case Number: 6:08-cr-176-Orl-28KRS                    Page 3

## EXHIBIT LIST -- Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 15 | | | | 3/4/05 Line of Credit Agreement |
| 16 | | | | 3/28/05 Burgess resignation email |
| 17 | MAY 1 3 2009 | MAY 1 3 2009 | | 4/14/05   Wildermuth   Tax Memorandum |
| 18 | | | | 4/20/05 and 5/3/05 Invoices to Presidion for tax controversy work |
| 19 | MAY 1 3 2009 | MAY 1 3 2009 | | 4/21/05 Flynn Tax Memorandum |
| 20 | | | | 5/12/05 email from Marrero to Myers, Berman, Tessah |
| 20A | | | | 5/11/05 Fax from RA Berkowitz to Jose Marrero |
| 21 | | | | 5/19/05   Amendment   to Assignment   and   Assumption Agreement |
| 22 | | | | 7/28/05 Assignment Agreement |
| 23 | | | | 7/28/05 Contract for Management Services |
| 24 | | | | 9/8/05   First   Amendment   to Assignment Agreement |

Case Number: 6:08-cr-176-Orl-28KRS                    Page 4

## EXHIBIT LIST -- Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 25 | | | | 10/04/05    Hold    Harmless Agreement |
| 26 | | | | 10/18/05 Baiers Notes |
| 27 | | | | 1/9/06 Fax from Revenue Agent Berkowtiz |
| 28 | MAY 1 3 2009 | MAY 1 3 2009 | | 2/1/06 Wildermuth Memorandum |
| 29 | | | | 2/8/06 Amodeo letter to Revenue Agent Berkowitz |
| 30 | | | | 4/1/06 Transfer Agreement |
| 31 | | | | 5/9/06 Notice of Rescission |
| 32 | | | | 5/9/06    letter    from    former President Bill Clinton |
| 33 | | | | 6/12/06    news    release    re Afghanistan airlift |
| 34 | | | | 6/13/06 email from Stanley to Amodeo |

Case Number: 6:08-cr-176-Orl-28KRS                    Page 5

# EXHIBIT LIST -- Continuation Sheet

| | | | | |
|----|----|----|----|----|
| 35 | | | | 6/20/06 Vanderburg Affidavit |
| 36 | | | | 7/1/06 letter from Stanley to Vanderburg |
| 37 | | | | 8/29/06 Mock Deposition transcript |
| 38 | | | | 8/29/06 list of attendees at mock deposition |
| 39 | | | | 10/2/06 email from Stollenwerk to Stanley |
| 40 | | | | 11/1/06 email from Cole to Stollenwerk |
| 41 | | | | 11/29/06 email from Breitfellier to Stollenwerk |
| 42 | | | | 11/30/06 memo from Cole to Stanley |
| 43 | MAY 1 3 2009 | MAY 1 3 2009 | | 12/23/08 First Amended Complaint – Amodeo vs. Berman |
| 44 | MAY 1 4 2009 | MAY 1 4 2009 | | Richard Keifer Curriculum Vitae |

Case Number: 6:08-cr-176-Orl-28KRS                     Page 6

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 45 | | | | Richard Keifer Composite Polygraph Examination Reports |
| 46 | | | | Jeffrey Danzinger, M.D. Curriculum Vitae |
| 47 | MAY 1 2 2009 | MAY 1 2 2009 | | Mclean Hospital Records |
| 48 | | | | Guardianship Examining Committee Records |
| 49 | | | | WITHDRAWN |
| 50 | | | | WITHDRAWN |
| 51 | MAY 1 3 2009 | MAY 1 3 2009 | | Front Cover of Book "How to Start Your Own Country" |
| 52 | MAY 1 3 2009 | MAY 1 3 2009 | | E-mail from Clair Holland to Bob Pollack dated 3/17/06 |
| 53 | MAY 1 3 2009 | MAY 1 3 2009 | | Flowchart of Recipients of Tax Funds |

Case Number: 6:08-cr-176-Orl-28KRS                                    Page 7

## EXHIBIT LIST - Continuation Sheet

| 54 | MAY 1 3 2009 | MAY 1 3 2009 | | Frank Amodeo Monthly Net Distributions 10/04-12/06 |
|---|---|---|---|---|
| 55 | MAY 1 3 2009 | MAY 1 3 2009 | | CD |
| 56 | | | | NO EXHIBIT 56 |
| 57 | MAY 1 4 2009 | MAY 1 4 2009 | | Waiver of Notice of the Annual Meeting of the Board of Directors of Mirabilis Ventures, Inc. Dated January 3, 2005 |
| 58 | MAY 1 4 2009 | MAY 1 4 2009 | | State of Ohio Dept. Of Insurance Authority for Release of Information by Edith Curry |
| 59 | MAY 1 9 2009 | MAY 1 9 2009 | | CD of meeting 5/14/06 |
| 60 | MAY 1 9 2009 | MAY 1 9 2009 | | CD of meeting 4/18/06 -2 "Bullets" "Liens" |
| 61 | MAY 1 9 2009 | MAY 1 9 2009 | | CD of meeting 4/18/2006 "Money" |
| 62 | MAY 1 9 2009 | MAY 1 9 2009 | | CD - Money |

| 63 | MAY 1 9 2009 | MAY 1 9 2009 | | Attorney Work Product<br>August 29, 2006 |
|----|----|----|----|----|
| 64 | MAY 1 9 2009 | MAY 1 9 2009 | | MVI Chairman's Business Review Meeting - Orlando April 18, 2006 |