UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

FRANK L. AMODEO                    CASE NO.:  6:08-CR-176-ORL-28
_____/

FILED

2009 MAY 28  AM 8: 31

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

## MOTION TO CANCEL PLEA AGREEMENT

The plea agreement between the United States of America and Frank L. Amodeo was breached by the United States by the USA's, failure to ensure that Amodeo received credit for acceptance of responsibility.

This continued a pattern of conduct whereby the USA manipulated and misled the Defendant to accomplish a variety of purposes including obtaining the plea agreement instead of trial.

All of which was conducted even though the USA knew the Defendant suffered from a biologic brain disorder which manifested itself in a significant lack of judgment; particularly about actions which could be self-damaging.

The actions began with the USA's promise to provide a substantial assistance letter from the Tampa office for the assistance completed through May 2007. Such a letter would result in a minimum five level reduction under the guidelines.

After this date, Amodeo continued to cooperate to an extraordinary level including multiple interviews, organization and explanations of thousands of documents and videos.

The USA in order to induce the Defendant into entering the plea agreement promised; the defendant in addition to aforementioned substantial assistance, that Defendant would receive a downward departure for acceptance of responsibility and an opportunity to fully present at sentencing the Defendant's view of the facts.

The USA at the very last moment, the day before sentencing, failed to provide the motion for substantial assistance, attack the acceptance of responsibility and took every opportunity to shorten the proceeding and prevent the Defendant from properly presenting the complete case.

The USA misled the Defendant into entering the plea agreement by the foregoing promises and breached the plea agreement by the positions the USA took during preparation of pre-sentencing report and at the sentencing proceedings.

Wherefore, the USA's action constitutes a breach of the plea agreement; thus it is appropriate for the Court to cancel the plea agreement, expunge the Defendant's plea and set the matter for entrance of plea by the Defendant.

Dated: May 26, 2009

Frank L. Amodeo, o/b/o AQMI Strategy, et.al.
2875 South Orange Ave, Suite 500, PMB 1810
Orlando, Florida 32806
321-230-6189

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

FRANK L. AMODEO                         CASE NO.:  6:08-CR-176-ORL-28
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2009, I  mailed a copy  of the  Notice of Appearance via

first mail to I. Randall Gold, Assistant U.S. Attorney, Suite 300, 501 West Church Street,

Orlando, Florida  32805.

Frank L. Amodeo, o/b/o AQMI Strategy, et.al.
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, FL  32806
(321) 230-6189