UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 6:08-cr-176-Orl-28GJK

FRANK L. AMODEO

**UNITED STATES' RESPONSE IN OPPOSITION TO
DEFENDANT AMODEO'S MOTION TO CANCEL PLEA AGREEMENT**

The United States of America, by A. BRIAN ALBRITTON, United States Attorney for the Middle District of Florida, files this response in opposition to defendant's Motion to Cancel Plea Agreement, and in support thereof, states as follows:

1. On May 26, 2009, this Court sentenced defendant AMODEO to 270 months imprisonment after a four and one-half day sentencing hearing.

2. Defendant AMODEO filed the instant motion two days after the sentencing, apparently unhappy with the sentence he received.

3. The issues raised by defendant AMODEO in the instant motion were completely addressed at the sentencing hearing and are without merit.

4. As stated at the sentencing hearing, the United States submits that it did not in any way violate the plea agreement. Additionally, this Court did allow a two-level adjustment for acceptance of responsibility, so there is virtually no prejudice to defendant AMODEO as it relates to acceptance of responsibility.[1]

5. While defendant AMODEO did provide assistance to the United States, no promise was ever made to him regarding the number of levels the United States might

---

[1] Even an additional one level reduction for acceptance of responsibility would not have changed the guidelines.

recommend, the number of levels he might receive from the Court, or that such a motion would be filed at all. Additionally, before defendant AMODEO pled guilty, it was explained to him that, in light of his previous actions, there was a great possibility that the United States Attorney's Office would not approve a 5K1.1 motion. Defendant AMODEO'S own actions resulted in the United States not filing a motion for downward departure pursuant to USSG § 5K1.1.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

By:   *s/ I. Randall Gold*
      I. Randall Gold
      Assistant United States Attorney
      Deputy Chief, Orlando Division
      Fla Bar. No. 268062
      501 West Church Street, Suite 300
      Orlando, Florida  32805
      Telephone: (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:       randy.gold@usdoj.gov

U.S. v. FRANK L. AMODEO                                              Case No. 6:08-cr-176-Orl-28GJK

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Harrison T. Slaughter, Jr., Esq.**
butch@leventhal-slaughter.com

**Kenton Sands, Esq.**
kent@sandswhitesands.com

I hereby certify that on June 1, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

Frank L. Amodeo
Booking Number: 09024930
Cell: BRC1D05
c/o Orange County Jail
P.O. Box 4970
Orlando, FL.  32802-4970

                                             **s/ I. Randall Gold**
                                             I. Randall Gold
                                             Assistant United States Attorney
                                             Deputy Chief, Orlando Division
                                             Fla. Bar No. 268062
                                             501 West Church Street, Suite 300
                                             Orlando, Florida  32805
                                             Telephone: (407) 648-7500
                                             Facsimile:     (407) 648-7643
                                             E-mail:        randy.gold@usdoj.gov