UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case. No. 6:08-CR-176-Orl-28KRS

FRANK AMODEO
_____/

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that FRANK AMODEO, Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on May 26, 2009.

Respectfully submitted this 4th day of June, 2009.

                                                    **s/Harrison T. Slaughter, Jr.**
                                                  Counsel for Defendant
                                                  Fla. Bar # 194822
                                                  LEVENTHAL & SLAUGHTER, P.A.
                                                  Suite 700
                                                  111 N. Orange Avenue
                                                  Orlando, FL 32801
                                                  Phone: (407) 849-6161
                                                  Fax:   (407) 843-3738
                                                  E-mail: butch@leventhal-slaughter.com

                                                  **s/Kenton V. Sands**
                                                  Counsel for Defendant
                                                  Fla. Bar # 0788708
                                                  SANDS WHITE & SANDS, P.A.
                                                  760 White Street
                                                  Daytona Beach, Florida 32114
                                                  Phone: (386) 258-1622
                                                  Fax:   (386) 238-3703
                                                  E-mail: kent@sandswhitesands.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: I. Randall Gold, Assistant U.S. Attorney, Suite 300, 501 W. Church Street, Orlando, Florida, 32805.

                                                **s/Kenton V. Sands**
                                                Counsel for Defendant
                                                Fla. Bar # 0788708
                                                SANDS WHITE & SANDS, P.A.
                                                760 White Street
                                                Daytona Beach, Florida 32114
                                                Phone: (386) 258-1622
                                                Fax:    (386) 238-3703
                                                E-mail: kent@sandswhitesands.com