UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    v.                                                  **Case No. 6:08-cr-176-Orl-28GJK**
                                                               **(Forfeiture)**

**FRANK L. AMODEO**

## NOTICE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby notifies the Court that the United States recognizes Colonial Bank's civil and criminal forfeiture claims relating to *United States v. Frank L. Amodeo*, Case No. 6:08-cr-176-Orl-28GJK and *United States v. Assets Described in "Attachment A" to the Second Amended Verified Complaint for Forfeiture In Rem,* Case No. 6:08-cv-670-Orl-35KRS as to the property located at 102 West Whiting Street Tampa, Florida. The United States recognizes that Colonial Bank is a valid lienholder of the subject property and that any violation of Title 18, United States Code, involving the subject property occurred without the knowledge and consent of Colonial Bank.

Accordingly, upon entry of a Final Judgment of Forfeiture and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds,[1] after the deduction of government expenses relating to seizure, maintenance, custody, disposal, the United States will pay Colonial the following:

        a.     all reasonable unpaid financed principal charges due to the Colonial Bank;

---

[1]The United States reserves the right to terminate the forfeiture action at any time for economic or legal reasons.

    b.    all reasonable unpaid interest at the base contractual rate (not the default rate) to the date of payment.

    Respectfully submitted,

    A. LEE BENTLEY III
    Attorney for the United States,
    Acting Under Authority Conferred by
      28 U.S.C. § 515

By:    s/Anita M. Cream
    ANITA M. CREAM
    Florida Bar No. 56359
    Assistant United States Attorneys
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6301 - telephone
    (813) 274-6220 - facsimile
    E-mail: anita.cream@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I mailed on June 12, 2009, the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Michel Nicrosi, Esquire
254 State Street
Mobile, AL 36603-6474

    s/Anita M. Cream
    ANITA M. CREAM
    Florida Bar No. 56359
    Assistant United States Attorneys
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6301 - telephone
    (813) 274-6220 - facsimile
    E-mail: anita.cream@usdoj.gov