

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

RECEIVED
U.S. ATTORNEY'S OFFICE
AUG 25 2009
MIDDLE DISTRICT OF FLORIDA
ORLANDO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:08-cr-176-Orl-28GJK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frank L. Amodeo | sell |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Nicole M. Andrejko, AUSA<br>501 West Church Street, Suite 300<br>Orlando, FL | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please sell the 2006 Mercedes Benz CLS 55AMG per FOF

Cats No. 08-IRS-000706

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|---|
| Nicole M. Andrejko | | 407-648-7500 | 05/28/09 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

*[signature] SIA AFC IRS-CI 6-3-09*

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated. | District of Origin | District to Serve | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|
| | No | No | *[signature] SIA AFC IRS-CI* | 6-3-09 |

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE | TIME OF SERVICE | ☒ AM ☐ PM |
|---|---|---|
| 8-6-09 | 10:30 | |

SIGNATURE, TITLE AND TREASURY AGENCY

*[signature] SIA AFC IRS-CI*

REMARKS: Vehicle sold on 8/6/2009 for $37,750.00

TD F 90-22.48 (6/96)