IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

United States of America
    Plaintiff

v.

Frank L. Amodeo
    Defendant

Case No: 6:08-cr-176-Orl-28GJK

FILED 2009 OCT 15 PM 12:34

## NOTICE OF APPEAL

Notice is hereby given that Frank L. Amodeo the above named defendant hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order denying Frank L. Amodeo's motion to withdraw plea entered on the 27th day of September 2009.

Respectfully submitted
October 7, 2009 by

*Frank L. Amodeo*

Frank L. Amodeo
Inmate # 48883-019
Federal Correction Complex-Low
Fl..., Fl. 33521