UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF FLORIDA

FILED

2009 OCT 16 PM 12: 16

DISTRICT COURT
DISTRICT OF FL

United States of America,
    Plaintiff

v.

Case No. 6:08-cr-176-Orl-28GJK

Frank Louis Amodeo,
    Defendant
_____/

## MOTION FOR THE APPOINTMENT OF COUNSEL

Comes Now Frank L. Amodeo and moves the Court to appoint a competent and experienced counsel to assist Amodeo in post conviction matters before this Court including the motion to cancel plea, showing the Court in support of which as follows:

(1)

On or about May 25, 2009, Amodeo was remanded to custody of the U.S. Marshalls.

(2)

The U.S. Marshal's transferred Amodeo to Orange County Jail.

(3)

While held in Orange County Jail, the Orange County Jail officials based solely on the quantity and nature of the medication Amodeo was taking, (The antipsychotics and mood control medicine were both well above the maximum dosages) placed Amodeo in the Acute Mental Health Wing of the facility.

(4)

While in Acute Mental Health, Amodeo was denied access to any written materials, access to writing instruments, not permitted visitors, not permitted telephone calls even to speak with counsel and restricted to the cell 24 hours per day.

(5)

During this period of time, Amodeo's defense counsel requested and were permitted to withdraw as Amodeo's attorneys.

(6)

Amodeo's attorneys explained to Amodeo such withdraw was necessary as the attorneys were likely to be witnesses in subsequent actions. (Interestingly, this did not cause Slaughter to withdraw previously when Slaughter's involvement resulted in Slaughter being a material witness in the principal case.)

(7)

However, Amodeo's attorney explained the notice of appeal would divest the district court of jurisdiction and Amodeo would be appointed counsel for the appeal.

Amodeo was appointed counsel for the appeal. During discussions with the counsel, Amodeo was told that this appointment was limited to the appeal.

(9)

Again Amodeo was under the impression that the district court had lost jurisdiction to the appellate court and that, should the jurisdiction be returned to district court, the Court would appoint counsel.

(10)

Based upon the Court order of September 27, 2009 received by Amodeo on October 7, 20009, this appears to have been inaccurate in that the district court at least retained jurisdiction over the motion to cancel or withdraw the plea.

(11)

Amodeo never waived the right to counsel.

(12)

Amodeo desires counsel to represent Amodeo in this and all other post conviction matters before the district court.

(13)

Amodeo is entitled to such representation as a constitutional right according to the Supreme Court of the United States. A defendant is entitled to representation at each and every stage of the criminal proceeding including pretrial and post-trial. Chessman v. Teefs 354 US 156, 1 L. Ed. 2d 1253, 77 S. Ct. 1127 (1957); Main v. Moulton 474 U.S. 159, 88 L. Ed. 2d 481, 106 S. Ct. 477 (1985)

(14)

Amodeo is currently incarcerated at the Federal Correction Complex in Coleman, Florida. As such, Amodeo's monthly income is between 30 and 40 dollars per month.

(15)

Such an amount is insufficient to retain private counsel.

(16)

Amodeo currently has a judgment, albiet disputed, in the amount of 181 million dollars which clouds Amodeo's assets and credit as such Amodeo is not able to use these assets to gain the financial resources to retain private counsel.

(17)

Further, even should Amodeo to be able to use or liquidate these assets, the United States Attorney's Office has issued blanket and repeated threats to seize any funds paid to counsel in Amodeo's defense.

(18)

Amodeo lacks readily available resources to retain counsel for this matter. Amodeo is constitutionally entitled to competent representation.

Wherefore Amodeo respectfully requests the Court appoint new counsel, separate from appellate counsel in order to avoid potential conflicts, to represent Amodeo in the criminal proceedings and such other and further relief as the Court deems appropriate and fair.

Respectfully Submitted

*/s/ Frank L. Amodeo*

Frank L. Amodeo
48883-019
Federal Correction Complex-Low
P.O. Box 1031
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

The undersign certifies a copy of this motion was served upon the following entities by first class mail this 12th day of October 2009.

1) I. Randall Gold, Esq. c/o the United States Attorney's Office
   United States Attorney's Office
   501 West Church Street, Suite 300
   Orlando, Florida 32801

2) Thomas Dale, Esq.
   200 West Thornton Avenue
   PO Box 14
   Orlando, Florida 32802

3) Harrison Slaughter, Esq.
   Regions Bank
   100 North Orange Avenue, Suite 700
   Orlando, Florida 32801

4) Kenton Sands, Esq.
   760 White Street
   Daytona Beach, Florida 32114

*/s/ Frank L. Amodeo*

Frank L. Amodeo
