**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
U.S. Courthouse
Office of the Clerk
401 West Central Boulevard
Orlando, Florida 32801-0120
407-835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch                                                                Tammy Tornus
Clerk                                                                      Orlando Division Manager

October 29, 2009

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**
<u>**AND RECORD ON APPEAL**</u>

**U.S. District Court Case Number:**     6:08-cr-176-Orl-28GJK

**Style of Case:**     United States of America -vs-

**U.S.C.A. Case Number:**     09-12937-HH

Pursuant to Federal Rules of Appellate Procedure 11©), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

    Complete Record on Appeal:

- 4     Volume(s) of Pleadings

- 6     Volume(s) of Transcript

- 3     Exhibits
  - 2  Folders
  - 1  PSI

                                                   SHERYL L. LOESCH, CLERK

                                         By:     s/V. Franks, Deputy Clerk