UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:08-cr-176-Orl-28GJK
(Forfeiture)

FRANK L. AMODEO

### FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Order for the following property:

(1) AQMI Strategy Corporation,

(2) Nexia Strategy Corporation,

(3) Presidion Solutions, Inc.,

(4) Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc.

(5) Quantum Delta Enterprises, Inc., d/b/a Siren Resources, Inc.,

(6) Titanium Technologies, Inc., f/k/a Titanium Consulting Services, Inc., and

(7) Tenshi Leasing, Inc.

The forfeiture of the corporations includes the corporate stock and assets; the following lawsuits are included in the forfeiture of the subject corporations because they are assets, or potential assets, of the corporations:

| Style of case | Location | Case No. |
| --- | --- | --- |
| Anthony T. Sullivan v. AQMI Strategy (Counterclaim) | Orange County, Florida | 07-CA-0015981-0 |

| | | |
|---|---|---|
| Michael Mapes, et al. v. Wellington Capital Group, Inc. | U.S.D.C., D. Neb. | 8:07cv77 |
| Dutko Global Advisors LLC v. AQMI Strategy Corporation (Counterclaim, settled) | Orange County, Florida | 48-2007-CA-018164-0 |
| Providence Property & Casualty Insurance Co, et al. v. Paradyme, Inc., d/b/a Presidion Solutions VI (settled) | U.S.D.C., E.D. Tx. | 4:07-CV-202 |
| Presidion Corporation v. Arrow Creek, Inc., et al. | Palm Beach County, Florida | 502006CA001417xxxxMB |

Being fully advised in the premises, the Court finds that on October 2, 2008, the Court entered a Preliminary Order of Forfeiture, (Doc. 46), forfeiting to the United States of America all right, title, and interest of defendant Frank L. Amodeo in the above-referenced assets.

The Court further finds that there are no persons or entities, other than Frank Amodeo, known to have any potential alleged interest in the above-referenced assets.

The Court further finds that, in an abundance of caution, the United States sent notice of these forfeiture proceedings to former officers or representative of the corporations, specifically Craig Vanderburg, Jay Stollenwerk, Jason Carlson, Jodi Jaiman, Shane Williams; however, they failed to file a petition asserting any ownership interest in the properties and the time in which they could file a petition has expired.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture and of its intent to dispose of the subject properties, on the official government website, www.forfeiture.gov, from March 24, 2009 to April 22, 2009. (Doc. No. 79). The publication gave notice to all third parties with a legal interest in the subject property to file with the Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, FL 32801-0120. To date, no other persons or entities have filed a petition to adjudicate their interest in the subject property and the time for filing such petition has expired. Accordingly, it hereby

ORDERED, ADJUDGED, and DECREED that for good cause show, the United States' motion is GRANTED.

It is FURTHER ORDERED that all right, title, and interest in the referenced assets is CONDEMNED and FORFEITED to the United States of America for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(c)(2).

It is FURTHER ORDERED that clear title to the property is now vested in the United States of America.

DONE and ORDERED this __16__ day of November 2009, in Orlando, Florida.

UNITED STATES DISTRICT JUDGE