IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 6:08-cr-176-Orl-28GJK

FRANK L. AMODEO,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Frank L. Amodeo, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order of forfeiture entered on the 18th day of November, 2009.

Done on this 3rd day of December, 2009.

                                                  Frank L. Amodeo
                                                  Register No. 48883-019
                                                  Federal Correctional Complex
                                                  Low Security
                                                  P.O. Box 1031
                                                  Coleman, FL. 33521-1031