# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                        **Case No.  6:08-cr-176-Orl-28GJK**

**FRANK L. AMODEO**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR THE APPOINTMENT OF COUNSEL (Doc. No. 163)** |
| **FILED:** | **October 16, 2009** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Upon review of Frank L. Amodeo's "Motion for Appointment of Counsel" (the "Motion") (Doc. No. 163) and the Government's "Response in Opposition" (Doc. No. 167), the Court concludes that it is without jurisdiction to consider the matter.  Accordingly, the Motion is **DENIED**.

Assuming this Court is not divested of jurisdiction, the Motion requests appointment of counsel for "post conviction matters."  Doc. No. 163.  Mr. Amodeo has been appointed counsel for his direct appeal, as is his right under the Sixth Amendment.  Doc. No. 133.   However, there is no constitutional right to counsel for post conviction collateral attacks on sentences. *U.S. v. Berger*, 375 F.3d 1223, 1226 (11th Cir. 2004).  Thus, even assuming this Court has jurisdiction, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2009.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal

United States Attorney

United States Probation Office

United States Pretrial Services Office

Counsel for Defendant

Frank L. Amodeo