# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                          Case No. 6:08-cr-176-Orl-28GJK

**FRANK L. AMODEO**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO FOR PERMISSION TO APPEAL IN FORMA PAUPERIS AND AFFIDAVIT** (Doc. No. 170) |
| **FILED:** | October 29, 2009 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Based on the affidavits filed by Defendant Amodeo, the Court finds that he is indigent and entitled to proceed on appeal *in forma pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal

United States Attorney

United States Probation Office

United States Pretrial Services Office

Counsel for Defendant

Frank L. Amodeo