# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cr-176-Orl-28GJK

**FRANK L. AMODEO**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO APPOINT GUARDIAN AD LITEM (Doc. No. 172)** |
| **FILED:** | **October 30, 2009** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Upon review of Frank L. Amodeo's "Motion to Appoint Guardian Ad Litem" (the "Motion") (Doc. No. 172), the Court concludes that it is without jurisdiction to consider the matter. *See* Doc. No. 178. Accordingly, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY J. KELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal

United States Attorney

United States Probation Office

United States Pretrial Services Office

Counsel for Defendant

Frank L. Amodeo