# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 6:08-cr-176-Orl-28GJK

**FRANK L. AMODEO,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR RECONSIDERATION OF ORDER DENYING APPOINTMENT OF COUNSEL (Doc. No. 183)
>
> **FILED:** December 31, 2009
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. The Clerk is directed to send a copy of this order to the Defendant

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2010.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Defendant