

RECEIVED
U.S. ATTORNEY'S OFFICE
JAN 22 2010
MIDDLE DISTRICT OF FLORIDA
ORLANDO

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:08-cr-176-Orl-28GJK |
| DEFENDANT | TYPE OF PROCESS |
| Frank L. Amodeo | Sell |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Nicole M. Andrejko, AUSA
501 West Church Street, Suite 300
Orlando, FL

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please sell the 2006 Mercedes Benz CLS 500C Coupe pursuant to the FOF

Cats No. 08-IRS-000705

Signature of Attorney or other Originator requesting service on behalf of ☐ PLAINTIFF ☐ DEFENDANT
Nicole M. Andrejko
TELEPHONE NO. 407-648-7500
DATE 04/15/09

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
4-16-09

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin: No.
District to Serve: No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
S/A AFC IRS-CI
DATE 4-16-09

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE: 5-27-09
TIME OF SERVICE: 3:30 ☒ PM
SIGNATURE, TITLE AND TREASURY AGENCY
S/A AFC IRS-CI

REMARKS: vehicle sold on 5/27/09 for $35,500.00.

TD F 90-22.48 (6/96)