IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 2 7 2010
JOHN LEY
CLERK

09-15255-HH

6:08cr176

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK L. AMODEO,

Defendant-Appellant.

-------------------------

On Appeal from the United States District Court for the
Middle District of Florida

-------------------------

BEFORE: BARKETT, HULL, and PRYOR, Circuit Judges.

BY THE COURT:

Now before the Court is the Government's motion to dismiss this appeal as frivolous, or in the alternative to affirm the district court summarily. The Government also requests a stay of briefing pending disposition of its other motions.

The Government argues that Amodeo's notice of appeal from the judgment of conviction divested the district court of jurisdiction to deny Amodeo's motion to withdraw his guilty plea. As a general matter, however, the filing of a notice of appeal "... does not prevent the district court from taking action in furtherance of the

appeal." <u>Mahone v. Ray</u>, 326 F.3d 1176, 1179 (11th Cir. 2003) (citation and internal punctuation omitted). <u>See</u>, <u>e.g.</u>, <u>United States v. Cronic</u>, 466 U.S. 648, 667 at fn. 42, 104 S.Ct. 2039, 2051 (1984) (while direct criminal appeal was pending, district court had jurisdiction to entertain motion for new trial on its merits and either deny the motion or certify its intention to grant the motion to the Court of Appeals, which could then entertain a motion to remand the case). The district court acted within its jurisdiction in denying Amodeo's motion.

Amodeo's Motion to Cancel Plea Agreement, seeking to withdraw his guilty plea, was filed on May 28, 2009, two days after the district court had imposed sentence and remanded him into custody. The district court was clearly correct in denying Amodeo's post-sentencing motion to withdraw his guilty plea. <u>See</u> Fed.R.Crim.P. 11(e).

The Government's motion to dismiss this appeal as frivolous is DENIED.

The Government's alternative motion for summary affirmance is GRANTED. The district court's order denying Amodeo's Motion to Cancel Plea Agreement is hereby AFFIRMED.

The Government's motion to stay briefing and all other pending motions are DENIED AS MOOT.

The Clerk is directed to close the file on this appeal.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: *Debbie Cordell*
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 27, 2010

Sheryl L. Loesch
Clerk, U.S. District Court
401 W CENTRAL BLVD STE 1-200
Orlando  FL  32801-0120



**Appeal Number: 09-15255-HH**
Case Style: USA v. Frank L. Amodeo
District Court Number:  08-00176 CR-ORL-28GJK

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

John Ley, Clerk of Court

Reply To: Joe Caruso/dc/ (404) 335-6177

Encl.

DIS-4  (4-2009)