

RECEIVED
IN ATTORNEY'S OFFICE
MAY 1 3 2010
MIDDLE - DISTRICT OF FLORIDA
ORLANDO

# Department of the Treasury
### Federal Law Enforcement Agencies
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:08-cr-176-Orl-28GJK |
| DEFENDANT | TYPE OF PROCESS |
| Frank L. Amodeo | sale |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nicole M. Andrejko, AUSA<br>501 West Church Street, Suite 300<br>Orlando, FL | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please sale 709 Euclid Avenue pursuant to the FOF.  I have attached information from Orange Tax Collector.

Cats No. 08-IRS-000333

| Signature of Attorney or other Originator requesting service on behalf of | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>407-648-7500 | DATE<br>07/13/09 |
|---|---|---|---|
| Nicole M. Andrejko | | | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS                    07-15-10

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.  SIA AFC IRS-CI | DATE 7-15-10 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 4-29-10 | TIME OF SERVICE 11:00 | ☒ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY  SIA AFC IRS-CI | | |

REMARKS: Property sold on 4/29/10 for $675,000.00.

TD F 90-22.48  (6/96)