UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 6:08-cr-176-Orl-28GJK
(Forfeiture)

FRANK L. AMODEO

## ORDER

This cause is before the Court on the Motion for Reconsideration (Doc. 209) filed by Frank L. Amodeo. The Government has responded to the motion, (Doc. 211), and Amodeo has submitted a Reply (Doc. 213) and Substituted Reply (Doc. 214-1).

Just as Amodeo lacked standing to challenge the final order of forfeiture on appeal, (see Appellate Op., Doc. 190), Amodeo also lacks standing to challenge the partial vacatur of that order. Accordingly, Amodeo's Motion for Reconsideration (Doc. 209) is **DENIED**. Amodeo's Motion for Extension of Time (Doc. 212) and Motion to Substitute (Doc. 214) are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_17th\_\_ day of September, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Defendant