# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:08-cr-176-Orl-28TBS

**FRANK L. AMODEO**

## ORDER

On March 14, 2019, Defendant (through his guardian Charles Rahn) filed a "Motion To Appoint An Attorney To Assist Frank Amodeo With Submitting A Notice Of Appeal And An Application For In Forma Pauperis." (Doc. 292). On March 26, 2019, United States Magistrate Judge Smith denied Defendant's motion as moot. (Doc. 297). On April 2, 2019, Defendant (again through his guardian Charles Rahn) filed a "Notice Of Appeal Or Objection To The Magistrate's Order Of March 25 (sic), 2019 (Docket Entry 297)." ("Notice of Appeal" Doc. 298). The Eleventh Circuit Court of Appeal has reviewed the Notice of Appeal and has directed this Court to rule on the objection to the magistrate judge's order. (Doc. 318).

Under Federal Rule of Civil Procedure 72(a), I am required to consider Defendant's objection and modify or set aside any portion of the magistrate judge's order I find to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The magistrate judge's order should not be disturbed absent a clear abuse of discretion that leaves me with the "definite and firm conviction that a mistake has been committed." Linea Naviera de Cabotaje C.A. v. Mar Caribe de NevaGacion, C.A., 169 F.Supp.2d 1342, 1355 (11th Cir. 2001).

I have reviewed Magistrate Judge Smith's Order denying Defendant's Motion as moot (Doc. 297) and find that the Order is not clearly erroneous or contrary to law. Defendant's objection is therefore **OVERRULED**.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Frank L. Amodeo
Charles Rahn